**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 07-cv-02510-CMA-CBS

KURT J. HUFFMAN,

     Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois
corporation, and
STATE FARM FIRE AND CASUALTY INSURANCE COMPANY, an Illinois corporation,

     Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the Court on the parties' Stipulation for Dismissal With

Prejudice (Doc. # 53).  The Court having reviewed the file and being fully advised in the

premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay

his or its own attorney fees and costs.  It is

FURTHER ORDERED that the Final Trial Preparation Conference set for

February 13, 2009 and the eight-day jury trial set to commence on March 2, 2009 are

hereby VACATED.

DATED: January __23__, 2009

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge